THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WAFAA S. GORGEES, | CASE NO. C17-1662-JCC |
| Plaintiff, | ORDER |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated motion to reverse and remand for further proceedings (Dkt. No. 10). The motion is GRANTED.

The Court hereby REVERSES that the Commissioner's decision in regard to Plaintiff's application for disability insurance and supplemental security income payments, pursuant to sentence four of 42 U.S.C. §405(g). The matter is REMANDED to the Commissioner for further administrative proceedings. On remand, the administrative law judge will:

(1) reevaluate the opinion evidence pursuant to 20 C.F.R. § 416.927 for the period prior to June 12, 2017;

(2) reevaluate the claimant's residual functional capacity in accordance with Social Security Ruling 96-8p for the period prior to June 12, 2017;

ORDER
C17-1662-JCC
PAGE - 1

(3) if warranted, obtain vocational expert evidence and determine whether that evidence is consistent with Social Security Ruling 00-4p for the period prior to June 12, 2017; and

(4) issue a new decision for the period prior to June 12, 2017.

Per the parties' stipulation, Plaintiff will be entitled to reasonable attorney fees and expenses pursuant to 28 U.S.C. section 2412 and costs pursuant to 28 U.S.C. section 1920 upon proper motion to the Court.

DATED this 15th day of May, 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE