THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WAFAA SULAIMAN GORGEES, | CASE NO. C17-1662-JCC |
| Plaintiff, | ORDER |
| v. | |
| NANCY BERRYHILL, Deputy Commissioner of Social Security Operations, | |
| Defendants. | |

This matter comes before the Court on the parties stipulated motion for an award of attorney fees (Dkt. No. 13). The Court hereby GRANTS the stipulated motion.

Based upon the stipulation, the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ORDERED that EAJA attorney's fees of $6179.20 shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010). If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Tha Win, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Tha Win, at 606 Maynard Ave. South, Suite 201, Seattle, WA 98104.

//

ORDER
C17-1662-JCC
PAGE - 1

1       DATED this 14th day of June 2018.

*signature*

John C. Coughenour
UNITED STATES DISTRICT JUDGE